UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICARDO RODRIGUEZ,<br><br>Defendant. | Case No. 6:25-po-00340-HBK<br><br>[Citation # E2138117, CA76]<br><br>ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE<br><br>(Doc. No. 3) |

On July 29, 2025, the United States of America, moved to dismiss Case No. 6:25-po-00340-HBK [Citation # E2138117, CA76] against RICARDO RODRIGUEZ without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. (Doc. No. 3).

Accordingly, it is hereby ORDERED:

The motion (Doc. No. 3) is GRANTED.  Violation No. E2138117, CA76 is DISMISSED without prejudice, in the interest of justice.

Dated:  July 30, 2025

_____
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

1

U.S. v. RODRIGUEZ
Case No 6:25-po-00340-HBK